**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


JUAQUIN GOMEZ-HERNANDEZ                                          PETITIONER


VS.                                    4:08CV02122 BSM/JTR


KARL BYRD, Sheriff,
Faulkner County                                                 RESPONDENT


## JUDGMENT


Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 18th day of September, 2008.


_____
UNITED STATES DISTRICT JUDGE